UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE COTTON,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. PAIK YOUNG,<br><br>        Defendant. | Case No.: 1:11-cv-01634-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO WITHDRAW AND DIRECTING DEFENDANT TO FILE A REQUEST TO SEAL ORIGINAL DOCUMENT AND FILE REDACTED VERSION OF EXHIBIT B<br><br>[ECF No. 19] |

    Plaintiff Duane Cotton is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 6, 2014, Defendant Paik Young filed a motion for summary judgment.

    On February 10, 2014, Defendant filed a request to withdraw and resubmit Exhibit B in support of his motion for summary judgment. Counsel for Defendant indicates that he inadvertently submitted an unredacted copy of Exhibit B to the Declaration of Kendall Wagner, M.D.

    The Court will grant Defendant's request to withdraw the unredacted version of Exhibit B from consideration. However, pursuant to Local Rule 140, Defendant must file a request to seal the original copy of Exhibit B, and submit a redacted version of Exhibit B. Accordingly, the Court will grant Defendant seven (7) days from the date of service of this order to submit a request to seal the original unredacted exhibit and file a request to submit a redacted version of the exhibit.

///

Based on the foregoing,

IT IS HEREBY ORDERED that:

1. Defendant's request to withdraw the unredacted version of Exhibit B, to the Motion for Summary Judgment filed February 6, 2014, is GRANTED; and

2. Within seven (7) days from the date of service of this order, Defendant shall file a request to seal the original unredacted version of Exhibit B and request to submit a redacted version of Exhibit B.

IT IS SO ORDERED.

Dated:   **February 11, 2014**

UNITED STATES MAGISTRATE JUDGE