UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE COTTON,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. PAIK YOUNG,<br><br>        Defendant. | Case No.: 1:11-cv-01634-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO SUBMIT REDACTED EXHIBIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND GRANTING REQUEST TO SEAL EXHIBIT B ATTACHED TO MOTION FOR SUMMARY JUDGMENT FILED FEBRUARY 6, 2014<br><br>[ECF Nos. 22, 23] |

      Plaintiff Duane Cotton is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Now pending before the Court is Defendant's request to seal Exhibit B initially submitted on February 6, 2014, in support of the motion for summary judgment, and request for permission to file a redacted version of Exhibit B.

      Good cause having been shown,

      IT IS HEREBY ORDERED that:

      1.      The initially submitted Exhibit B to the Declaration of Kendall Wagner, M.D. in support of the motion for summary judgment or, in the alternative, partial summary judgment or summary adjudication by Defendant Young Paik, M.D. is SEALED; and

      2.      Within ten (10) days from the date of service of this order, Defendant is allowed to submit a redacted copy of Exhibit B to the Declaration of Kendall Wagner, M.D. in support of the

1

motion for summary judgment or, in the alternative, partial summary judgment or summary adjudication by Defendant Young Paik, M.D. that complies with the redaction requirements set forth in Federal Rule of Civil Procedure 5.2.

IT IS SO ORDERED.

Dated: **February 19, 2014**

UNITED STATES MAGISTRATE JUDGE